

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

January 27, 2016

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Adetola Ogunsegun v. Menard, Inc.
USDC No:  16 C 926

Circuit Court No:  2015 L 12675

Dear Clerk:

A certified copy of an order entered on January 26, 2016 by the Honorable Miton I. Shadur, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:     /s/ Melissa Astell
            Deputy Clerk